IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RUDOLPH J. GULSBY,                :

    Plaintiff,               :

vs.                               :
                                   CIVIL ACTION 04-0478-BH-M
JO ANNE B. BARNHART,              :
Commissioner of
Social Security,                  :

    Defendant.               :

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that the decision of the Commissioner be **REVERSED** and that this action be **REMANDED** for actions not inconsistent with the Orders of this Court.

**DONE** this 8th day of September, 2005.

                                          s/ W. B. HAND
                                    SENIOR DISTRICT JUDGE