IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUDOLPH J. GULSBY, | : |
| Plaintiff, | : |
| vs. | : |
| | :     CIVIL ACTION 04-0478-BH-M |
| JO ANNE B. BARNHART, | : |
| Commissioner of Social Security, | : |
| Defendant. | : |

**JUDGMENT**

It is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Plaintiff Rudolph J. Gulsby and against Defendant Jo Anne B. Barnhart.

**DONE** this 8th day of September, 2005.

                                        s/ W. B. HAND
                                  SENIOR DISTRICT JUDGE