```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

RUDOLPH J. GULSBY, :
:
    Plaintiff, :
:
vs. : CIVIL ACTION 04-0478-BH-M
:
JO ANNE B. BARNHART, :
Commissioner of :
Social Security, :
:
    Defendant. :

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act be and is hereby **GRANTED** and that Plaintiff's attorney be and is hereby **AWARDED** an EAJA attorney's fee in the amount of $2,050.00.

**DONE** this 22nd day of December, 2005.

                                                      s/ W. B. Hand
                                             SENIOR DISTRICT JUDGE