IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

```
RUDOLPH J. GULSBY,                      :
                                        :
     Plaintiff,                         :
                                        :
vs.                                     :   CIVIL ACTION 04-0478-BH-M
                                        :
JO ANNE B. BARNHART,                    :
Commissioner of                         :
Social Security,                        :
                                        :
     Defendant.                         :
```

JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act be and is hereby **GRANTED** and that Plaintiff's attorney be and is hereby **AWARDED** an EAJA attorney's fee in the amount of $2,050.00.  No costs are taxed.

**DONE** this 22nd day of December, 2005.

                                        s/ W. B. Hand
                                        SENIOR DISTRICT JUDGE