```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

```
RUDOLPH J. GULSBY,              :
                                :
     Plaintiff,                 :
                                :
vs.                             :   CIVIL ACTION 04-0478-M
                                :
MICHAEL J. ASTRUE,              :
Commissioner of                 :
Social Security,                :
                                :
     Defendant.                 :
```

JUDGMENT

It is **ORDERED, ADJUDGED, and DECREED** that Plaintiff's attorney's Motion for Authorization of Attorney's Fees Pursuant to 42 U.S.C. § 406(b) be and is hereby **GRANTED** and that Plaintiff's attorney, Gilbert B. Laden, be and is hereby **AWARDED** a fee of $10,690.25 for his services before the Court.  It is **FURTHER ORDERED** that Mr. Laden pay to Plaintiff the sum of $2,050.00, which sum represents the EAJA fee counsel was previously awarded.

DONE this 19th day of July, 2007.

                              s/BERT W. MILLING, JR.
                              UNITED STATES MAGISTRATE JUDGE